# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sharu Bey,
*a.k.a. Jeffrey Lewis*

    Plaintiff(s),        JUDGMENT IN A CIVIL CASE

vs.               3:11-cv-566
                 3:07-cr-79-2

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 30, 2011 Order.

            Signed: November 30, 2011

            Frank G. Johns, Clerk
            United States District Court